UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
UNITED STATES OF AMERICA,              )
                                       )
        Plaintiff,                     )
                                       )
    v.                                 )        Civil Action No. 99-2496 (PLF)
                                       )
PHILIP MORRIS USA INC., et al.,        )
                                       )
        Defendants.                    )
_____)

ORDER #121 – REMAND

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that Manufacturers' and Retailers' Motion in Limine to Exclude Dr.

Frank Chaloupka's and Dr. James Spaeth's Improper Rebuttal Evidence [Dkt. No. 6461] is

DENIED; and it is

FURTHER ORDERED that Manufacturers' and Retailers' Motion in Limine to

Exclude the Opinion of Mr. Greg Brancaleone [Dkt. No. 6463] is DENIED.

SO ORDERED.


                                    _____
                                    PAUL L. FRIEDMAN
                                    United States District Judge

DATE:  April 13, 2022